No. 04-02-00413-CV



CITY OF LAREDO,


Appellant



v.



Angelica DEHOYOS, Individually and as next Friend of 


Victor DeHoyos, Jr., A Minor; Armandina DeHoyos; and Jesus DeHoyos,

Appellees



From the 341st Judicial District Court, Webb County, Texas


Trial Court No. 2000-CVE-000356-D3


Honorable Elma T. Salinas Ender, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: July 31, 2002 


MOTION TO DISMISS GRANTED; APPEAL DISMISSED

 Appellant filed a motion to dismiss this appeal, stating that on June 26, 2002, the trial
court granted a new trial and signed an agreed order approving the settlement agreement of
the parties. The motion is granted. See Tex. R. App. P. 42.1(a)(2). The appeal is dismissed.
See Tex. R. App. P. 43.2(f). Costs of appeal are taxed against the parties who incurred them. 

 

 PER CURIAM

DO NOT PUBLISH